# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kyle Thompson,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>    Defendants. | **NO. CV-21-01504-PHX-CDB**<br><br>**MEMORANDUM OF DECISION AND ORDER** |

This matter was assigned to Magistrate Judge Camille D. Bibles for a Report and Recommendation. (Doc. 3.) On September 16, 2021, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 5.) To date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge. (Doc. 5.)

**IT IS FURTHER ORDERED dismissing without prejudice** Plaintiff's Complaint. (Doc. 1.)

**IT IS FURTHER ORDERED denying as moot** Plaintiff's Application for Leave to Proceed In Forma Pauperis. (Doc. 2.)

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate this action.

Dated this 5th day of October, 2021.

_____
Honorable Stephen M. McNamee
Senior United States District Judge